```
                         United States Bankruptcy Court
                           Middle District of Florida
In re:                                                                   Case No. 20-02755-JAF
Dolores Dy Sabourin                                                      Chapter 7
William Daniel Sabourin
      Debtors
                                  CERTIFICATE OF NOTICE
District/off: 113A-3          User: hjeff                  Page 1 of 2          Date Rcvd: Sep 18, 2020
                              Form ID: 309A                Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db             +Dolores Dy Sabourin,    1188 Songbird Lane,    Atlantic Beach, FL 32233-2336
jdb             William Daniel Sabourin,    Wakulla Correctional Institute,    H2-209L, 110 Melaleuca Dr.,
                 Crawfordville, FL  32327
tr              Robert Altman,    PO Box 922,    Palatka, FL 32178-0922
29170716       +Capital One,    PO Box 60519,    City Of Industry, CA 91716-0519
29170719       +Fallgatter Catlin & Varon, PA,    200 East Forsyth Street,    Jacksonville, FL 32202-3320
29170720       +Humana,    PO Box 219051,    Kansas City, MO 64121-9051
29170722      #+Main Street Asset Solutions Inc,    PO Box 12220,    Reno, NV 89510-2220
29170726       +Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
29170728       +Sutton Lake Owners Assoc.,    c/o Bataineh Palmeri, LLP,    1200 Riverplace Blvd., Ste. 705,
                 Jacksonville, FL 32207-1804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rwelrod2@aol.com Sep 19 2020 01:51:20      Robert W. Elrod, Jr.,
                 233 East Bay Street Suite 1032,    Jacksonville, FL  32202
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Sep 19 2020 01:52:09
                 United States Trustee - JAX 13/7,    Office of the United States Trustee,
                 George C Young Federal Building,    400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
29170718       +EDI: CAPITALONE.COM Sep 19 2020 05:38:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
29170717       +EDI: CAPITALONE.COM Sep 19 2020 05:38:00      Capital One,    PO Box 60599,
                 City Of Industry, CA 91716-0599
29170714       +E-mail/Text: taxdept@coj.net Sep 19 2020 01:52:47      Duval County Tax Collector,
                 231 Forsyth St.  #130,    Jacksonville FL 32202-3380
29170715        EDI: FLDEPREV.COM Sep 19 2020 05:38:00      Florida Dept. of Revenue,    Bankruptcy Unit,
                 P.O. Box 6668,    Tallahassee, FL 32314-6668
29170721       +EDI: RMSC.COM Sep 19 2020 05:38:00      JCPenney,    PO Box 960090,    Orlando, FL 32896-0090
29170723       +EDI: NFCU.COM Sep 19 2020 05:38:00      Navy Federal Credit Union,    PO Box 3100,
                 Merrifield, VA 22119-3100
29170724       +EDI: RMSC.COM Sep 19 2020 05:38:00      Sam's Club,    PO Box 530942,    Atlanta, GA 30353-0942
29170725       +EDI: RMSC.COM Sep 19 2020 05:38:00      Sam's Club,    PO Box 960013,    Orlando, FL 32896-0013
29170727       +EDI: RMSC.COM Sep 19 2020 05:38:00      SteinMart,    PO Box 530918,    Atlanta, GA 30353-0918
                                                                                                TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              Robert   Altman    robertaltman@bellsouth.net,
               f169@ecfcbis.com;RA034@trustesolutions.com;CRA11@trustesolutions.net;RA034@trustesolutions.net
              Robert W. Elrod, Jr.   on behalf of Joint Debtor William Daniel Sabourin rwelrod2@aol.com,
               d_r_lester@yahoo.com
              Robert W. Elrod, Jr.   on behalf of Debtor Dolores Dy Sabourin rwelrod2@aol.com,
               d_r_lester@yahoo.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
```

```
District/off: 113A-3          User: hjeff              Page 2 of 2              Date Rcvd: Sep 18, 2020
                              Form ID: 309A            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Dolores Dy Sabourin** | Social Security number or ITIN **xxx–xx–1862** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **William Daniel Sabourin** | Social Security number or ITIN **xxx–xx–0802** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter **7   9/17/20** |
| Case number: | **3:20–bk–02755–JAF** | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dolores Dy Sabourin | William Daniel Sabourin |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1188 Songbird Lane<br>Atlantic Beach, FL 32233 | Wakulla Correctional Institute<br>H2–209L, 110 Melaleuca Dr.<br>Crawfordville, FL 32327 |
| 4. | **Debtor's attorney**<br>Name and address | Robert W. Elrod Jr.<br>233 East Bay Street Suite 1032<br>Jacksonville, FL 32202 | Contact phone 904–356–1282<br><br>Email: rwelrod2@aol.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Robert Altman<br>PO Box 922<br>Palatka, FL 32178–0922 | Contact phone 386–325–4691 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page 1

| 6. **Bankruptcy Clerk's Office** | 300 North Hogan Street Suite 3–150<br>Jacksonville, FL 32202 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone 904–301–6490<br><br>Date: September 18, 2020 |

| 7. **Meeting of creditors** | **October 30, 2020 at 08:40 AM** | **Meeting will be held telephonically** |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: Robert Altman<br>Call in number: 866–507–7329<br>Passcode: 6640189 |

*** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. ***

| 8. **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** December 29, 2020 |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

| 13. **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. |
|---|---|